Appendix:



Stafford County Sheriff's Office has been actively investigating several incidents recently, spanning a range of offenses. Here's a breakdown of the incidents they've been handling:

ASSAULT

- Brooke Point High School: On February 12 at 11:19 a.m., Deputy A.L. Chaves responded to an assault incident at Brooke Point High School. Two students were reportedly involved in a fight, resulting in one assaulting school staff who intervened. A criminal complaint for assault and battery was filed.

- The assault comes after nearly 20 Brooke Point students were suspended, and two teachers were assaulted in separate assaults on Jan. 29, 2024. The county sheriff placed the school on lockdown on that date.

- Following the assaults, the school division <u>announced</u> the end of its "power hour" lunch periods, which allowed high schoolers to roam freely around campus.



# Spotsylvania teens stabbed during eight-person brawl in Stafford County

Keith Epps  Jan 11, 2024  🗨 4





Keith Epps

**A** Stafford teenager has been charged in connection with an incident Monday during which two 17-year-old Spotsylvania boys were stabbed, police said.

Stafford Sheriff's spokesman Ryan Wilbur said the victims were taken to Mary Washington Hospital, but their injuries were not life-threatening. They are expected to fully recover, Wilbur said.

Wilbur said the investigation showed that the suspect and the victims were involved in an eight-person fight that occurred Monday night in the Southgate subdivision in Stafford. The teens were stabbed during the altercation.

Deputies went to the subdivision after learning about the stabbings. Wilbur said deputies discovered "an obvious crime scene."

Richmond D. Yeboah, 18, is charged with two counts of malicious wounding. He was arrested Tuesday at his home on Queensland Drive, where a search warrant was executed. Wilbur said video evidence provided by residents in the neighborhood assisted in the investigation.

**▐ People are also reading...**

🔵 Eleven students charged after Monday fights at Brooke Point High School



 vahiphopandnews • Follow    ...

 **vahiphopandnews** 17 year old Stafford County teen was assaulted and had water poured on him by staff member of Brooke Point High School . Teen is being criminally charged with assault and battery after allegedly putting his hands on the teacher first . Parent attempted to address the situation with administration . The principal continued to yell out words like "students like you " "parents defending their punk kids " as mother and son were removed from the school by office and administrators . Point of views ? What do y'all think ?

46w

 **nmauna92** Take it straight to the school board and to abc news! These teachers and staff need to be

                                

**6,031 likes**

February 2

 Add a comment...



Show:  Upcoming and Past ⌄    More filter options

## Upcoming Visits To see a campus map and parking instructions Click Here,

Future Visits

MAR
21
2024
ESTABLISHED
PATIENT VISIT
Hassan Tabandeh
Cardiology-Pavilion
Arrive by 10:05 AM EDT
Starts at 10:20 AM EDT

MAR
22
2024
CT Angiogram
Coronary
CT Scan-Pavilion
Arrive by 9:30 AM EDT
Starts at 11:00 AM EDT

MAR
1
2024
Telephone
Tania Escobar
Cardiology-Pavilion

📋 View notes

📄 View After Visit Summary®

FEB
29
2024
Hospital Outpatient Visit
Heart Station-Pavilion

📄 View After Visit Summary®

FEB
29
2024
Hospital Outpatient Visit
Min Cho
Heart Station-Pavilion

📄 View After Visit Summary®

FEB
29
2024
Hospital Outpatient Visit
Elias Teni
Heart Station-Pavilion

📄 View After Visit Summary®

FEB  Telephone

FEB  Office Visit

_Cardiology._
_Appointments._
_on Medical leave_



**Expert ComPulr**

Brahim Boumakh | Admission Offer: The University of Texas at Austin's PGP-AIML  2

Yahoo/Draft



**UT Austin PGP-AIML**
From: msb-aiml@mccombs.utexas.edu
To: bbbrahim250@yahoo.com
Cc: UT Austin PGP-AIML,  kia@mygreatlearning.com

Thu, Jun 10, 2021 at 10:07 AM

Dear Brahim Boumakh,

On behalf of the PGP-AIML Program by The McCombs School of Business at The University of Texas at Austin, I am pleased to inform you your selection to the June 2021 cohort. Congratulations!

Your strong application and interaction convinced us that you have the talent, intellectual capacity and motivation to successfully complete Program. We are thus excited to welcome you on board.

The formal admission offer letter and a copy of the program brochure are attached to this email.

Important information regarding the fee breakup, timelines and remittance guidelines is mentioned in the offer letter by our administrative team. You are encouraged to submit the program fee and secure your seat in the program.

Please note that all rights to admission in the PGP-AIML program are reserved with the Program Director's Office. Any decision taken by the Program Director's office regarding the same will be final and binding. The admission offered to you is subject to the availability of seats in the PGP-AIML program.

Once again, we are excited to have you on board and believe that The University of Texas at Austin's Post Graduate Program in Artificial Intelligence and Machine Learning: Business Applications will be a rewarding learning experience for you.


Best Regards,

**Dr. Kumar Muthuraman**
Faculty Director, PGP-AIML
The University of Texas at Austin



*Certified Prestigeous School.*

*AI/ML*

*2021- 2023*

**VIRGINIA IS FOR LEARNERS**

# VIRGINIA DEPARTMENT OF EDUCATION

## License Documents



| Name | Type | Download |
|---|---|---|
| NA FCPS APPROVED ONLINE COURSE_ANAPHY_2023 | TL: Other | Download |
| CPR_CERTIFICATION_2022 | FA/CPR/AED Training Certificate | Download |
| CWSE5691_CHILD_ABUSEANDNEGLECT_RECOGNIZING_REPORTING_ANDrESPONDING2023 | Child Abuse Rec Training Certificate | Download |
| brahim-boumakh-Regulations-Governing-the-Use-of-Restraint-and-Seclusion-in-Elementary-and-Secondary-Schools-in-Virginia-Modules-Certificate-CIEES | Behavior Intervention Training Cert | Download |
| NA MASTERDEGREE_TRANSCRIPT | TL: Other | Download |
| NA STRANSCRIPTS_MASTERS_DEGREE+4YEARS_Ph.D.COMPUTER_ENGINEERING_UT | TL: Assessment Scores | Download |
| NA 3rd_Cycle_Doctorate_Theoretical_Physics_transcripts_Magister | TL: Other | Download |
| NA UT_McCombs_Business_scool_2022 (1) (1) (1) | TL: Assessment Scores | Download |
| NA CeD 21R8-QDAA-BZH1 (1) | TL: Assessment Scores | Download |
| NA Harvard_Certificate_Leadership_2022 | TL: Assessment Scores | Download |
| Brahim Boumakh 5 16 23 | TL: Evaluations and Correspondence | Download |
| DYLEXIA_CERTIFICATE_2023_2024 | Dyslexia Awareness Training Certificate | Download |
| Virginia Department of Education - Cultural Competency Certificate_2024 | Cultural Competency Training | Download |
| NA CVF_lEICENSURE_Application_FORM_SIGNED09082023 | TL: College Verification Form | Download |



NEA has worked with the nation's industry leaders to get you life insurance, investments, financia services, and consumer discount programs at exceptional rates. Learn more at www.neamb.com. There's also VEA's own Access program, offering more discounts and deals.

- Membership is not a spectator sport! Be sure to participate in your local Union's activities. When you make your voice heard by participating on a committee or attending a local meeting, your students and your schools are better for it.

Attached is your VEA/NEA personalized membership card. It is your ticket to a wide range of Associat services and benefits.

Best wishes. And thanks again for being part of our professional community.

James J. Fedderman, Ph.D.
President
Virginia Education Association

**VEA** VIRGINIA EDUCATION ASSOCIATION
Teaching. Learning. Leading.

Official Membership Card

Brahim Boumakh
0011365791

23MARML

www.veanea.org    1-800-552-9554    www.nea.org

116 South Third Street, Richmond, Virginia 23219-3704    1-800-552-9554 ■ 804-648-5801 ■ FAX 804-775-83

**www.veanea.org**



Stafford County
Public Schools

Brahim Boumakh <boumakhb@staffordschools.net>

## VA License Packet Submitted

2 messages

**Connie Irby** <irbycl@staffordschools.net>                                                      Wed, Oct 4, 2023 at 8:11 AM
To: Brahim Boumakh <boumakhb@staffordschools.net>

Your Licensure packet was submitted to VDOE 10/3/2023. It takes them approximately 8-12 weeks to process packets. VDOE no longer mails paper licenses to licensed staff.

If you submitted an application online with VDOE, you can check the status of your application by signing in to your account with VDOE.

You will be able to check the status of your license on the VDOE website. If you do not have an account, please follow this link to create one. Your license and any communication from VDOE can be found here as they work through your application.

If VDOE sends/posts a letter asking for additional items, please do not send them on your own. Please send them to me to get down to them as in some cases I may already have what they are asking for.

I DO NOT have access to these online accounts and your license information. Once your license or any letter has been issued by VDOE, please download a copy and email it to me to be placed in your employee file.

Have a great day!

--
Connie L. Irby
Generalist for Licensure
Department of Human Resources and Talent Development
Stafford County Public Schools
31 Stafford Avenue
Stafford, VA 22554
540-658-6568 (phone)
540-658-5970 (fax)
www.staffordschools.net

*P.S. Have any feedback you'd like to share on working with our team? Please complete this short survey!*

**Inspire. Empower. Excel**



**\*\*EMAIL DISCLAIMER\*\***



Dear Brahim Boumakh:

Congratulations! Your Computer Science A course is now authorized to use the AP designation for the 2023 - 2024 academic year at Brooke Point High School.

What Does Course Authorization Mean?

It is the official recognition by the College Board that your course meets the expectations colleges and universities have for AP Computer Science A. This authorization grants you permission to use the "AP" designation on your students' transcripts in association with the authorized course. In addition, your course will appear on the publicly available AP Course Ledger, you will receive access to online score reports, and maintain access to AP Classroom.

Thank you for your continued participation in the AP Course Audit.

Sincerely,



Trevor Packer
Senior Vice President
Advanced Placement Program

Brahim,

Thank you for being a resource for our students. They may not realize it yet, but many of the things you are doing are encouraging their development as future scholars. Integrity is key and the better prepared they are to tackle the problems they face, the easier it will be to produce quality results. I appreciate your efforts in supporting our students.

— Mike Sokoly



Stafford County
Public Schools

Brahim Boumakh <boumakhb@staffordschools.net>

## Grade concern

**Joe Murgo** <murgojb@staffordschools.net>                                    Mon, Oct 16, 2023 at 3:04 PM
To: Tara Canada <canadatn@staffordschools.net>
Cc: Brahim Boumakh <boumakhb@staffordschools.net>, Katrina Palyo <palyokn@staffordschools.net>, Megan Stiffler
<stifflermw@staffordschools.net>, Jennifer Burdsal <burdsaljl@staffordschools.net>

Good evening Ms. Canada,

Thank you for contacting us.  I included Ms. Siffler, supervising AP, and Ms. Burdsal, ITRT, on this email so they can assist in fixing the grade.

Sincerely,
Joe

_____



Joe Murgo, M.Ed.
Principal
Brooke Point High School
1700 Courthouse Road | Stafford, Virginia 22554
T. 540.658.6080
"As One"

1-The newly appointed Principal, Mr. Murgo, a former bodybuilder and athletic staff member, received a request from a concerned mother. She was worried that her son might not be able to gain admission to a good computer science college due to his grade.

2-Mr. Boumakh, an established computer science professional and teacher, forwarded the request to HR. He explained that grades are determined by a third-party digital platform used for the Oracle 1Z0-811 Junior Associate certification, which allows students up to three retakes. Once the grade and certification of completion are issued, they cannot be altered or tampered with, even by an experienced teacher.

3-Despite this, Mr. Murgo, the Principal, assigned two other staff members—Mr. Stiffler and Mrs. Bursdal—to assist in modifying the grade for college application purposes. Neither of them has ever taken a computer science class and both are English teachers. Such incident later on get Involved another Director executive Dr. Rice to modify another grade of another Student. My categoric refusal to be part of any grade alteration constitute an insubordination mentioned on May 6th letter attached

*The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law.  If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys.  If you received this communication in error please destroy all electronic, paper, and other copies and notify the sender of the error immediately.  Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.*

[Quoted text hidden]



**Stafford County Public Schools**

Brahim Boumakh <boumakhb@staffordschools.net>

## walk through - Thur 8/24
2 messages

**Megan Stiffler** <stifflermw@staffordschools.net>                                    Thu, Aug 24, 2023 at 3:58 PM
To: Megan Stiffler <stifflermw@staffordschools.net>
Bcc: boumakhb@staffordschools.net

Good afternoon,

Thank you for letting me visit your classroom today. I was thoroughly impressed with everything I saw and was so happy to see high levels of engagement!

I put the "Caught in Action" walk through form in your mailbox; those are for you to keep.

If you have any questions, please let me know.

Sincerely,
Megan

--
Megan W. Stiffler
Assistant Principal

Brooke Point High School
1700 Courthouse Road
Stafford, VA 22554
(540) 658-6080

---------------------------------------------------------------
**'Intelligence plus character -- that is the goal of true education.'**
  **- Martin Luther King, Jr.**

*E-mail Disclaimer: The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you have received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.*

--
Megan W. Stiffler
Assistant Principal

Brooke Point High School
1700 Courthouse Road
Stafford, VA 22554
(540) 658-6080
- AS ONE -



*E-mail Disclaimer: The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you have received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately. Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.*



Stafford County
Public Schools

Brahim Boumakh <boumakhb@staffordschools.net>

## Setting up a time for follow up

**Patrick Byrnett** <byrnettpj@staffordschools.net>      Mon, Feb 5, 2024 at 5:19 PM
To: Brahim Boumakh <boumakhb@staffordschools.net>
Cc: Joe Murgo <murgojb@staffordschools.net>, Megan Stiffler <stifflermw@staffordschools.net>, Damian Carter
<carterdg@staffordschools.net>, Marcie Rice <ricemd@staffordschools.net>

All - Mr. Boumakh and I met this afternoon. I expressed the importance of following the directives of school administration.
I take seriously some of the concerns he raised, and I would like to schedule - as originally requested - a meeting with
both of us and building administration. At this point, however, he has stated that he does not feel he can participate in
such a meeting for health reasons.

Mr. Murgo and Ms. Stiffler, I will follow up with you regarding the follow up questions.

It is unfortunate that we cannot all get into a room to resolve these matters, however, I believe it is important to put all
outstanding matters to rest, and I'm sure all parties agree.

Best,
Patrick

On Tue, Jan 30, 2024 at 4:31 PM Patrick Byrnett <byrnettpj@staffordschools.net> wrote:
  Mr. Boumakh - I hope that you are feeling better, as I understand you are out sick today.

  Dr. Taylor shared with me the emails that you sent to his office. I understand from reviewing those emails, and talking
  with Mr. Murgo, Ms. Stiffler, and Dr. Rice, that they have met with you to discuss concerns regarding your performance.
  I also am aware that you have your own concerns regarding those expectations (from the school and the school
  division) and your school leadership, which I also take seriously as I would for any employee. I hope you have found
  the conversations with Damian Carter and Joseph Hernandez from my office helpful.

  At this point, I would like to schedule a meeting with yourself and the building administration (Mr. Murgo and Ms. Stiffler)
  to address these matters comprehensively.

  I hope we can schedule this as soon as you are well enough to return to work, whenever that may be. Please let me
  know at your convenience, and I hope you feel better.

  Best,
  Patrick


  --
  Patrick J. Byrnett
  Chief Talent Officer
  Stafford County Public Schools
  31 Stafford Avenue
  Stafford, VA 22554
  Phone: (540) 658-6560
  Fax: (540) 658-5970
  www.staffordschools.net
  **Inspire. Empower. Excel.**



The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or
exempt from disclosure under applicable law. If this communication was not addressed or copied to you, then you have received it in error and are strictly
prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you received this communication in error,

# Manage Profile

My Account    Snapshot    Badges



Change Picture

# User Details

## User Details

| | |
|---:|:---|
| **Username:** | boumakhb@staffordschools.net |
| **First Name:** | BRAHIM |
| **Last Name:** | BOUMAKH |
| **Account Status:** | Active |
| **Employee ID:** | 42627 |
| **Primary Email Address:** | boumakhb@staffordschools.net |
| **Home Phone:** | |

**Current Staff Position:** Staff

**Demographics:** Licensed
Staff
Teacher 10

**Current Schools/Offices:** High, **BROOKE POINT HIGH**

**Freeform field 3**

**Location Hired for:** *- Not Set -*

**Position Hired for:** *- Not Set -*

**Change Password and Clue**   [ Change Password And Clue ]

\* *Required*



**Brahim BB**
From: bbbrahim250@yahoo.com
To: Damian Carter
Cc: Patrick Bynnett, Joseph Hernandez, Stafford Schools Superintendent's Office, Thomas Taylor

Mon, May 13 at 1:24 PM ☆

Good Morning,

I neither have the time nor the energy and health condition to deteriorate further on bogus hearings that offer no possibility of contract renewal with health accommodations and full salary reimbursement and medical expenses incurred provoked by the 4 people cited below; you are well aware of what you are doing!

I have not received the health documentation email from Mrs. Mary, nor have I received any letter from HR regarding leave of absence. I have adhered to all the rules in the follow-up email on Leave of Absence; the health condition documents are published on the VHC portal, never missed an appointment only the ones required up-front payment due insurance coverage gap. I am still relevant in the job market than all the ones trying to protect but under my new health conditions deterioration caused by the same people you are protecting!

Respectfully, it is evident that there is a pattern of deception and cover-ups aimed at undermining a well-established professional and teacher in his field of expertise; while protecting the less proficient and skilled, they compromised the safety and security of a whole school. The termination hearings should be conducted with following 4 people not with me.1- Mr. Murgo. 2- Mrs. Stiffler. 3- Dr. rice. 4- Dr. Elshman (Ms. Deea). I have nothing to do with this whole mess.

I do not have access to My school email " Admin Password disabled" No access to canvas or gradebooks.  

**Brahim BB**
From: bbbrahim250@yahoo.com
To: carteraig@staffordschools.net

Thu, heil at 8:11 AM ☆

Good Morning,

Following up on our conversation yesterday in your office. That I am on Leave of Absence with pay...and I should take time to follow up on my health condition, I am scheduling further testing and booking appointments by next week. Hopefully I would not get admitted to ER for surgery or some emergency intervention of this sort of health complications!

Meanwhile, I have no longer access to all these platform's I cannot grade, upgrade students' grade on synergy for Parent Vue, assign computer lab Assignments we are already behind with almost week whole, then another week being sick, it will extremely be hard for the substitute to catch up on his own.

I respect the upper Managment and executive Managment decision...

Thanks for your advice and your kind words.

Brahim
562 891 4265





# Office of Human Resources and Talent Development

**Stafford County Public Schools**

31 Stafford Avenue
Stafford, Virginia 22554-7246
Phone: 540-658-6560    Fax: 540-658-5970
Website: www.staffordschools.net
Email: humanresources@staffordschools.net



*Via mail with delivery confirmation and email: bbbrahim250@yahoo.com*

May 6, 2024

Brahim Boumakh
1111 Army Navy Drive
Arlington, VA 22202

Mr. Boumakh:

This letter serves as notice that the Superintendent, Dr. Thomas Taylor, intends to recommend to the School Board that it terminate your employment as a teacher for Stafford County Public Schools due to noncompliance with school laws and regulations. Specifically, an investigation by Human Resources found that your actions violated the Standards of Professional Conduct delineated in Board Policy 4113 in Section V (Professional Behavior, Paragraphs A and B) and Section IX (Relations with Coworkers and Supervisors). Further, while on administrative leave during this investigation, you failed to make yourself available during standard business hours as required for long stretches, leaving you in violation of Board Policy 4502 and Regulation 4502-R (Job Abandonment).

Please note that this recommendation would have been delivered on February 14, 2024; however, due to continued requests to cancel or avoid meetings pursuant to health concerns, we are left with no choice but to share it in writing at this time.

In accordance with the Code of Virginia Section 22.1-309, you have the right to request a hearing before the School Board to contest the recommendation of termination. Such request must be submitted within ten (10) business days of receipt of this notice. In your case, this request must be submitted no later than **Monday, May 20, 2024.**

To request a hearing, please submit the request in writing (email is acceptable) to the Superintendent and myself. During this period, you may also request the specific details for the recommendation of termination either in writing or a personal interview, which will be offered by the Superintendent or his designee.

Please maintain all documents which may relate to the reasons cited for termination; should you request a hearing, the Superintendent will request the opportunity to inspect and copy these materials as described in the Code of Virginia section cited above. Stafford Schools will be under a similar obligation.

By this letter, you will remain on administrative leave without pay for the duration of the period during which you may request a hearing.

- If you request a hearing to contest the recommendation of termination, administrative leave will continue until the School Board reaches a decision.
- If you do not request a hearing by the date listed above, the recommendation of termination will be delivered to the School Board for consideration at its next scheduled meeting, currently set for June 11. **Please note: regardless of the outcome of such hearing, the Superintendent has recommended that your contract not be renewed for next year. As such, Stafford Schools will terminate your employment no later than June 30, unless you choose to resign prior to that date.**

*Inspire • Empower • Excel*

Notice of Involuntary Termination – B. Boumakh
May 6, 2024
Page 2 of 2


Please contact my office if you have any questions.

Sincerely,

Patrick Byrnett
Chief Talent Officer

Cc:     Dr. Thomas Taylor, Superintendent
        Joseph Murgo, Principal, Brooke Point HS
        Dr. Marcie Rice, Executive Director, High School Leadership
        Brenda O'Brien, Director, Payroll and Benefits
        Personnel File of Brahim Boumakh

Re: Out of Office Re: 59$ deposit to my account from stafford

From: Brahim BB (bbbrahim250@yahoo.com)

To: taylortw@staffordschools.net

Cc: byrnettpj@staffordschools.net

Date: Monday, May 6, 2024 at 09:45 PM PDT

Good morning, Dr. Taylor,

Much appreciated, your email acknowledging the mutual understanding of the misleading information that led to the inappropriate and premature recommendations stated in your notice letter involuntary separation dated on May 6th, 2024, outlining the school board policies applicable in this case. I wish to make it clear that the suggestions for resignation or dismissal, set to be put forward during the school board hearing, upon my request within 10 days, at the school year's end or before June 30th, 2024, are not pertinent to my situation.

Considering that I am on a mandated extended medical leave, which extends past the decision-making period without any further exchange with the school district personnel, and I am not on administrative leave until June 30th, 2024, as erroneously indicated in your notice letter, the aforementioned propositions are as inapplicable to me as they would be to the building managers at Brooke Point, as well as to Dr. Eshleman and Mrs. Deea at the administrative CTE curriculum STAT program office. Consequently, I concur that a meeting between us is unnecessary as long as this understanding expressed explicitly herein is clearly established.

However, I reiterate the following resolutions to be met within a reasonable time frame:

1- I request the payment of my entire salary for the school year, along with the reimbursement of all medical expenses incurred during my leave of absence for medical reasons.

2-A next year renewal of my contract and teaching license should be in line with the Federal Disability Act, including the sixth accommodations previously discussed prior to the HR mandated nuncupative medical leave of absence.

3- Following the school board's termination of Mr. Murgo and Mrs. Stiffler, my attorneys will undertake the necessary legal proceedings against them.

4-As the teacher on record STAT Governor program at Brooke Point, I reserve the right to contest the graduation of any STAT program student if my final grades are not issued.

Furthermore, I advise all students to attend summer school prior to graduation a Federally Funded STAT program high school diploma or as a Professional

Certified STAT high school graduate, computer programming and cybersecurity professional.

Respectfully
Brahim
202 382 4255

On Monday, May 6, 2024 at 01:18:07 PM PDT, Thomas Taylor <taylortw@staffordschools.net> wrote:

Dear Mr. Boumakh,

I am writing to acknowledge receipt of your email.  A meeting between us is not necessary.  Mr. Byrnett is my designee with this matter and he will respond on behalf of the school division.

Thank you.
Thomas Taylor

On Mon, May 6, 2024 at 2:01 PM Brahim BB <bbbrahim250@yahoo.com> wrote:
Good Morning Dr. Taylor,

Thank you for your message. I have met with Mr. Patrick Byrnett, your designee, who proposed a resolution that I have accepted in the best interest of the school district's reputation and to preserve the school year for the STAT program students, for whom I am the teacher on record. The deactivation of my school email on February 7th was a clear indication of the HR direction a concluded deal with the building managers.

The purpose of my request to meet with you was to make a final attempt to clarify that I am not the problem and have never been the source of conflict.

There are significant issues with the management at Brooke Point High School. Despite being forewarned by an associate of Mr. Byrnett on February 7th, it appears I am to be terminated at the end of the school year with a recommendation against contract renewal or health accommodations, without any professional misconduct or cause, aside from the legal liabilities involved and the damaging reports about the Management sent to HR.

I must emphasize that I have not received clear communication regarding the paid leave of absence or its reasons. I sought health accommodations to resume my full classroom schedule and have shared the details of my doctors' appointments with your designee, Mr. Byrenett.

Consequently, I am requesting my full salary for the entire school year, coverage of all medical expenses not included in employment insurance, and accommodations for the next year. I have informed Mr. Byrnett of my decision not to resign from my position well before his suggested final resolution with the school building Managers.

As a Result, Resignation should be considered by him and his HR department, especially after his subordinates' failure to adhere to his final decision has prevented me from fulfilling my duties to my students and their graduation. I am prepared to legally challenge the graduation of any STAT student as teacher on record, if necessary, without my final grade being issued.

Respectfully,
Brahim
202-381-4255

On Friday, May 3, 2024 at 12:40:25 PM PDT, Patrick Byrnett <byrnettpj@staffordschools.net> wrote:

Mr. Boumakh - you will receive a written update from me on Monday.

On Fri, May 3, 2024 at 3:32 PM Thomas Taylor <taylortw@staffordschools.net> wrote:
Dear Mr. Boumakh,