

# U.S. District Court

### Virginia Eastern - Alexandria

Receipt Date: Jan 27, 2025 1:05PM

BRAHIM BOUMAKH

| Rcpt. No: 100010320 | Trans. Date: Jan 27, 2025 1:05PM | | | Cashier ID: #DE |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200   Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: Filing fee for case 1:25-cv-104; Boumakh v. Stafford School District & Board of Education, et al.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.