Boumakh et al
    Plaintiff

Case #: 1:25-cv-00104-CMH-IDD

vs.

Dr. Taylor et al (Stafford public school)

Dear Honorable Judge Davis;

The day I received the filing of my case above through electronic email — see attached document

I forward the email to the defendants (attached document)

Then next day sent hard copy to all defendants by First class mail. I received a response from the Cheif of schools at Stafford public school Dr. Jim Stemple — confirming receiving it, and forwarded to all parties. Summary: 1. E-delivery - service acknowleged
                        2. First class - mail to all parties.

Note: way back May 17th — I received an email from the Chief Talent officier — requesting the name of law firm — to settle out of court. The law firm — requested 10K 25K — I filed pro-se

Respectfully submitted
Ibrahim Boumakh
202-381-4255 / bbbrahim250@email.com

<span style="writing-mode: vertical-rl">2025 FEB 24 P 54 FILED</span>

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Virginia -

Notice of Electronic Filing

The following transaction was entered on 1/23/2025 at 7:13 PM EST and filed on 1/23/2025
**Case Name:** Boumakh v. Dr. Taylor et al
**Case Number:** 1:25-cv-00104-CMH-IDD
**Filer:**
**Document Number:** 4

Docket Text:
**ORDER granting [3] Motion for Pro Se E-Noticing. Signed by Magistrate Judge Ivan D. Davis on 01/23/2025. (jlan)**

*[Handwritten note: Service E-delvy and First class Mail.]*

1:25-cv-00104-CMH-IDD Notice has been electronically mailed to:

Brahim Boumakh    bbbrahim250@yahoo.com

1:25-cv-00104-CMH-IDD Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1091796605 [Date=1/23/2025] [FileNumber=12314484-0] [366459861ba0bb8ba5bae3c54e655be1117f7f429a4fe5d38df8c52a5dabfc7527c0cf38997affec76b0574d9753eab90de1d1ecd6b34f0a08537fd220dfe085]]

--
Dr. James D. Stemple, Chief of Schools
Constituent Services, FOIA Officer
Stafford County Public Schools
31 Stafford Avenue
Stafford, VA 22554
540-658-6000 (phone)

**Financial Analysis and Valuation for Lawyers | HARVARD LAW SCHOOL**

Hi BRAHIM,

We've almost reached the end of the online course! In this message, you will find important information about the coursework due on this week's final deadline.

## Due October 27: Module 6

- Module 6 (Valuation Disputes and Advocacy) is due Wednesday, October 27 at 1:00 p.m. ET (UTC 17:00).

In this module, you'll explore how accounting, finance, and valuation are key elements in many legal disputes.

*[handwritten: Chief of Schools Ackn]*

On Friday, January 24, 2025 at 06:50:08 AM PST, James Stemple <stemplejd@staffordschools.net> wrote:

Good morning. This email is to confirm your email has been received and forwarded to the division council.

*[handwritten: Also - mailed. first class mail.]*

Respectfully,
Jim Stemple
Chief of Schools

On Fri, Jan 24, 2025 at 9:46 AM 'Brahim BB' via School Board Members <school_board_members@lists.staffordschools.net> wrote:

Please attached the case filed UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF VIRGNIA.

----- Forwarded Message -----
From: "cmecf@vaed.uscourts.gov" <cmecf@vaed.uscourts.gov>
To: "courtmail@vaed.uscourts.gov" <courtmail@vaed.uscourts.gov>
Sent: Thursday, January 23, 2025 at 04:14:43 PM PST
Subject: Activity in Case 1:25-cv-00104-CMH-IDDVAED Boumakh v. Dr. Taylor et al Order on Motion for Pro Se E-Noticing

*[stamp: 2025 FEB 24 P 1:59 FILED]*

Re: Activity in Case 1:25-cv-00104-CMH-IDDVAED Boumakh v. Dr. Taylor et al Order on Motion for Pro Se E-Noticing

From: Brahim BB (bbbrahim250@yahoo.com)
To: stemplejd@staffordschools.net
Date: Saturday, January 25, 2025 at 07:44 AM PST

Dear Dr. James Stemples,

Thank you for your acknowledgment. I have had several exchanges with the Chief Talent Officer, Patrick, in an effort to resolve this matter outside of court. Unfortunately, they continue to obstruct my efforts by providing false information regarding new teaching opportunities in other districts. As you're aware, when a school district requests a resignation or opts not to recommend a contract renewal, the impact is significant on the career of an outstanding computer Science teacher.

I am a certified Harvard Law certified, trained to negotiate legal disputes and advocate using legal precedents. My expertise is recognized across all 50 states, including with the application of Generative AI in legal matters. I left an option open to drop this case if we reach out of court resolution. Lawyers were asking 10-25K retainer for the case, Patrick was well aware of that (Please see attached below snapshot), While I was still preparing solutions for the Brooke Points students' and other schools' assignments as I had all high schools at Stafford in my STAT Governor CTE/Business program. I never resigned my position as per integrity and professionalism

Brahim
202 381 4255

On Friday, May 17, 2024 at 10:31:08 AM PDT, Patrick Byrnett <byrnettpj@staffordschools.net> wrote:

Mr. Boumakh - if you have legal counsel, we will communicate through them exclusively as is appropriate in such matters.

Thank you.

On Fri, May 17, 2024 at 1:03 PM Brahim BB <bbbrahim250@yahoo.com> wrote:

Good Morning Patrick, I forwarded you the last assignment on Feb 5th 2024. Please convey the solution below to the student's on the emailing list!

Please inform the students that the algorithm presented in Chapter 11, the Java program I provided with full proof it works, for the extra-credit the program will fail at this level:
$n = 3*10^{100} + 2*10^{100}$.
Current computers lack the capability to determine whether this number is prime or not. The textbook "Building Java Programs" is intended for graduate students, not high school, and is priced at $279.

I chose not to follow the textbook because your mathematical understanding is just a little above middle school level. a Linear equation for binary conversion, you have had extreme difficulties to manipulate; from the first month I knew you were well behind schedule in particular with 2 years of covid-19 world pandemic and remote learning!!!

Fw: Activity in Case 1:25-cv-00104-CMH-IDDVAED Boumakh v. Dr. Taylor et al Order on Motion for Pro Se E-Noticing

From: Brahim BB (bbbrahim250@yahoo.com)

To: byrnettpj@staffordschools.net; taylortw@staffordschools.net; suptoffice@staffordschools.net

Date: Thursday, January 23, 2025 at 07:14 PM PST

Please attached the case filed UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF VIRGINIA.

----- Forwarded Message -----
From: "cmecf@vaed.uscourts.gov" <cmecf@vaed.uscourts.gov>
To: "courtmail@vaed.uscourts.gov" <courtmail@vaed.uscourts.gov>
Sent: Thursday, January 23, 2025 at 04:14:43 PM PST
Subject: Activity in Case 1:25-cv-00104-CMH-IDDVAED Boumakh v. Dr. Taylor et al Order on Motion for Pro Se E-Noticing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Virginia -

**Notice of Electronic Filing**

The following transaction was entered on 1/23/2025 at 7:13 PM EST and filed on 1/23/2025

**Case Name:** Boumakh v. Dr. Taylor et al
**Case Number:** 1:25-cv-00104-CMH-IDD
**Filer:**
**Document Number:** 4

Docket Text:
ORDER granting [3] Motion for Pro Se E-Noticing. Signed by Magistrate Judge Ivan D. Davis on 01/23/2025. (jlan)

**1:25-cv-00104-CMH-IDD Notice has been electronically mailed to:**

Brahim Boumakh     bbbrahim250@yahoo.com

**1:25-cv-00104-CMH-IDD Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=1/23/2025] [FileNumber=12314484-0] [366459861ba0bb8ba5bae3c54e655be1117f7f429a4fe5d38df8c52a5dabfc7527c0cf38997affec76b0574d9753eab90de1d1ecd6b34f0a08537fd220dfe085]]


_Boumakh_V_Stafford_school_district_Feb_2025_A.pdf
1.5MB


Exchange_Dr.Taylor_2024.pdf
378.4kB


20240506 Notice of Involuntary Separation - B Boumakh (2).pdf
144.1kB


PowerSchool_licensed_staff A.pdf
106.9kB


_Stafford County Public Schools Mail - Grade concern_Grade_fix2025.pdf
138kB


Stafford County Public Schools Mail - VA License Packet Submitted.pdf
176.2kB