FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2025 FEB 24 P 1:55

Bromell et al )   Civil Action No. 1025-cv-104
(Plaintiff) )
v. )
 )   NOTICE OF WAIVER
Dr. Taylor et al )   OF ORAL ARGUMENT
(Defendant)

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, _____

__Breshun Bromah__, who is the __Plaintiff__, hereby waives

oral argument and submits the case on the record and the briefs.

_____
(Party or Attorney Signature)

_____
(Name Printed)

Breshim Bounall
(Address)

11 Army Navy Dr.
(Address)

Arlington, VA 22202
(Address)

202-781-4251
(Telephone Number)