

FILED MAILROOM
MAR 21 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

M Gmail                                      Brahim Bb <bbbrahim250@gmail.com>

**mr boumakh... how do you codee....**

Jack Lewis <lewisjacksonl@scps.net>                      Thu, Mar 13, 2025 at 6:53 AM
To: bbbrahim250@gmail.com

how do you use hashmap in java.... pleaseeeeee mr boumackh, how do ytou use a haskh meap please!!!! PLEASE PLASE

📎 Super Smash Bros. CE.zip
   46K

---

U.S. District Court
Eastern District of Virginia     March 19th 2025
Alexandria

Brahim Boumakh et al

V.                                              Case # 1:25-cv-00104

Dr. Taylor. et al


Comes Now, Brahim Boumakh, the Plaintiff respectfully moves this honorable court to acknowledge a former student STAT governor program requesting help on programming matters after over 1.5 years since my forced leave of the school and a program (STAT governor) a 3-4 years. Curriculum professional certificay See attached Invoices as I see fit according to my expertise. And unlawful actions against me by the Stafford school district caused serious health concerns and hardship.
Respectfully submitted.

Brahim Boumakh -
bbbrahim250@yahoo.com · (202)381-4255

Case Number: 1:25-cv-00104-CMH-IDD
Filer:
Document Number: 4

Docket Text:
ORDER granting [3] Motion for Pro Se E-Noticing. Signed by Magistrate Judge Ivan D. Davis on 01/23/2025. (jlan)

1:25-cv-00104-CMH-IDD Notice has been electronically mailed to:

Brahim Boumakh    bbbrahim250@yahoo.com

1:25-cv-00104-CMH-IDD Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1091796605 [Date=1/23/2025] [FileNumber=12314484-0] [366459861ba0bb8ba5bae3c54e655be1117f7f429a4fe5d38df8c52a5dabfc7527 c0cf38997affec76b0574d9753eab90de1d1ecd6b34f0a08537fd220dfe085]]

--
Dr. James D. Stemple, Chief of Schools
Constituent Services, FOIA Officer
Stafford County Public Schools
31 Stafford Avenue
Stafford, VA  22554
540-658-6000 (phone)

E-mail Disclaimer:  The information conveyed in this communication is intended for the use of the original addressee(s), and may be legally privileged, confidential, and/or exempt from disclosure under applicable law.  If this communication was not addressed or copied to you, then you have received it in error and are strictly prohibited from reading, copying, distributing, disseminating, or transmitting any of the information it conveys. If you have received this communication in error, please destroy all electronic, paper, and other copies, and notify the sender of the error immediately.  Accidental transmission of this communication is not intended to waive any privilege or confidentiality protected under Virginia's Freedom of Information Act.


BPHS_Invoice_In Response to student at the STAT Governor Program.pdf
226.3kB


Jack_Lewis - mr boumakh... how do you codee..._.pdf
67.5kB


PowerSchool_licensed_staff (2).pdf
106.9kB


BB_Expo_Tech_2023_sillicon_Valley.pdf
369.5kB

 Gmail     Brahim Bb <bbbrahim250@gmail.com>

## In Response to student at the STAT Governor Program

**Brahim Bb** <bbbrahim250@gmail.com>     Thu, Mar 13, 2025 at 3:04 PM
To: Brahim Bb <bbbrahim250@gmail.com>

==To all the Class Governor STAT Program: Invoice to SCPS **500K/Governor Office 1.2 Million$ 30 days to pay it...** 10% fees after that==

In Java, a HashMap is part of the java.util package and is a collection that maps keys to values. It allows for **efficient lookups, additions, and deletions.** Here's how you use a HashMap in Java:

### Basic Syntax and Example

1. **Import HashMap**: import the HashMap class.

   java

   ```java
   import java.util.HashMap;
   ```

2. **Create a HashMap**: create a HashMap by specifying the types of the keys and values.

   java

   ```java
   HashMap<KeyType, ValueType> map = new HashMap<>();
   ```

   - KeyType: the type of the keys (e.g., String, Integer).
   - ValueType: the type of the values (e.g., String, Integer).

   For example, if you want a HashMap with String keys and Integer values:

   java

   ```java
   HashMap<String, Integer> map = new HashMap<>();
   ```

3. **Adding key-value pairs**: Use the put() method to add key-value pairs.

   java

   ```java
   map.put("One", 1);
   map.put("Two", 2);
   map.put("Three", 3);
   ```

4. **Accessing values**: To access the value associated with a specific key, use the get() method.

   java

   ```java
   Integer value = map.get("One");
   System.out.println(value); // Output: 1
   ```

5. **Removing key-value pairs**: You can remove a key-value pair by using the remove() method.

   java

   ```java
   map.remove("Two");
   ```

6. **Checking if a key exists**: Use the containsKey() method to check if a specific key exists.

java

7. **Iterating over the entries**: very important to check convergence use a `for-each` loop to iterate over the keys, values, or both.

- **Iterating through keys**:

  java

  ```
  for (String key : map.keySet()) {
      System.out.println(key + ": " + map.get(key));
  }
  ```

- **Iterating through values**:

  java

  ```
  for (Integer value : map.values()) {
      System.out.println(value);
  }
  ```

- **Iterating through key-value pairs**:

  java
  ```
  for (Map.Entry<String, Integer> entry : map.entrySet()) {
      System.out.println(entry.getKey() + ": " + entry.getValue());
  }
  ```

# Test Program Code

java

```
import java.util.HashMap;

public class HashMapExample {
    public static void main(String[] args) {
        // Create a HashMap with String keys and Integer values
        HashMap<String, Integer> map = new HashMap<>();

        // Add key-value pairs
        map.put("One", 1);
        map.put("Two", 2);
        map.put("Three", 3);

        // Get a value by key
        System.out.println("Value for key 'Two': " + map.get("Two"));

        // Remove a key-value pair
        map.remove("Three");

        // Check if a key exists
```

```java
        if (map.containsKey("One")) {
            System.out.println("Key 'One' exists.");
        }

        // Iterate through the key-value pairs
        System.out.println("\nAll entries in the map:");
        for (Map.Entry<String, Integer> entry : map.entrySet()) {
            System.out.println(entry.getKey() + ": " + entry.getValue());
        }
    }
}
```

**Output:**

```
Value for key 'Two': 2
Key 'One' exists.

All entries in the map:
One: 1
Two: 2
```

**Key Methods of HashMap:**

- `put(K key, V value)` – Adds a key-value pair.
- `get(Object key)` – Retrieves the value for a specific key.
- `remove(Object key)` – Removes the key-value pair for a given key.
- `containsKey(Object key)` – Checks if a key exists in the map.
- `size()` – Returns the number of key-value pairs in the map.
- `clear()` – Removes all entries in the map.

Notes:

- A `HashMap` is not synchronized, meaning it is not thread-safe by default. If you need synchronization, consider using `Collections.synchronizedMap()` or `ConcurrentHashMap`.
- `HashMap` does not maintain the order of insertion. If you need to maintain the order, use `LinkedHashMap`.

Brahim Boumakh
CTE/BUSINESS Teacher
VA STAT GOVERNOR PROGRAM
BROOK Point Highschool, Stafford County
sick/never Resigned my Position

After eviction -moved in another area-financial hardship due to SCPS SCR Unlawful Actions in combination with other factors: Plaintiff health deterioration stress-blood pressure -Walking away from lucrative opportunity after accepting the offer right after the interview in writng



Student Services | Student Registration & Language Services | 2110 Washington Boulevard • Arlington, VA 22204

February 24th, 2025

Brahim Boumakh
1111 Army Navy Drive
Apt # 125
Arlington, VA 22202

Dear Mr. Boumakh,
This letter is in response to your request for an administrative placement for your child Adam Boumakh to attend Thomas Jefferson Middle School for the 2024-25 school year. The administrative placement has been approved 2024-25 school year by the administrative placement committee due to you meeting the following School Board Policy J-5.3.32 Administrative Placements criteria:

____ Request of Local Court
____ Program Continuity
____ Result of Disciplinary Actions
____ Inability to Access Education
____ Medical or Psychological Needs
_X_ Hardship



Student Services | Student Registration & Language Services | 2110 Washington Boulevard • Arlington, VA 22204

February 24th, 2025

Brahim Boumakh
1111 Army Navy Drive
Apt # 125
Arlington, VA 22202

Dear Mr. Boumakh,
This letter is in response to your request for an administrative placement for your child Imad-Eddine Boumakh to attend Thomas Jefferson Middle School for the 2024-25 school year. The administrative placement has been approved 2024-25 school year by the administrative placement committee due to you meeting the following School Board Policy J-5.3.32 Administrative Placements criteria:

____ Request of Local Court
____ Program Continuity
____ Result of Disciplinary Actions
____ Inability to Access Education
____ Medical or Psychological Needs
_X_ Hardship

Fw: Activity in Case 1:25-cv-00104-CMH-IDDVAED Boumakh v. Dr. Taylor et al Order on Motion for Pro Se E-Noticing

From: brahim.bboumakh . (brahim.bboumakh@digital-university.net)

To: glenn.youngkin@governor.virginia.gov

Date: Sunday, March 16, 2025 at 09:52 AM PDT

Subject: Urgent Situation and Professional Concerns

Dear Governor Glenn,

I am writing to inform you of an urgent and concerning situation. I led a significant initiative for the STAT Governor CTE/Business/Computer Science program at Stafford County Public Schools, which ultimately resulted in a lawsuit involving executives and management associated with the program. My focus throughout the project was to provide high school graduates with professional certifications that would better prepare them for the workforce in particular AI module. the success rate in these programs is in single digit

Please find the attached PDF documents for further details. Recently, students have reached out to me independently seeking assistance with their computer programming challenges more than a year since I pushed away for reporting what is aberrant in a public school system well before it happened two months earlier. Following an incident for which I had no involvement, I was asked to resign. This situation led to severe health complications, resulting in chest pain and high blood pressure, ultimately requiring emergency room treatment. It became clear that the individuals responsible for the three-hour uncoordinated school lockdown were those I had already reported about two months prior. The lack of leadership displayed by the newly appointed principal—executive HR director particularly regarding the CTE/Business STAT Governor program—was evident.

Despite being asked to resign, I refused and was placed on medical leave with pay. However, without prior notice, this was later converted to unpaid administrative leave, followed by the refusal to renew my contract. As a result, I was left with no choice but to invoice the school district and the STAT Governor program for providing programming solutions to students, including completing assignments originally assigned by other teachers.

I am highly qualified and internationally recognized in my field. However, the immense stress and unhealthy working environment have left me unable to work and in a dire financial situation, as I am the sole provider for my three children. As of January 14th 2025, I have been evicted from my home.

This situation is critical and requires immediate attention. I urge you to review the attached documents and provide any assistance or guidance on how best to address these urgent issues.

Thank you for your prompt attention to this matter.

Brahim Boumakh
+1 202 381 4255



**Please indicate below if you have a known disability:**

YES [x]   NO [ ]

**List the known conditions and disabilities:**

HEART, HAVE BLLOD PRESSURE , RECURRING CHESTPAIN, MEDICATION AND RECCURING

EMERGEMCY HOSPITAL ROOMS, CONDITION DETORIATION AFTER

SECOND VACCIN COVID-19 AND LOCKDOWN HIGH SCHOOL SECURITY BREACH

**Receipt of "Do you have a disability form?"**

I received a copy of the form "Do you have a disability?" and it was explained to me.

Client's Signature: _[signature]_   Date: 07/01/2024

This form was explained to the client on _____, who refused to sign it.

Worker's Signature_____ Date _____

**Your right to complain**

If you feel your benefits or services are denied or changed because of your disability, you may call the Virginia Department of Social Services toll free at 1-800-552-3431 or you may call your worker. If you have a hearing or speech impairment, you may call the Virginia Department of Social Services toll free at 1-800-828-1120 (Text/TTY). Requests for an appeal may also be made in writing to:

> Hearing and Legal Services Manager
> Virginia Department of Social Services
> 801 E. Main Street
> Richmond, Virginia 23219-2901

You may file a discrimination complaint by contacting:

> U.S. Department of Health and Human Services
> Office of Civil Rights - Region III
> Suite 372
> Public Ledger Building
> 150 S. Independence Mall West
> Philadelphia, Pennsylvania 19106-3499
> Hotline: 1-800-368-1019
> TDD: (215) 861-4440
> Fax: (215) 861-4431

(Page 2 of 2)

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-03-eng (2/12)



Stafford County Sheriff's Office has been actively investigating several incidents recently, spanning a range of offenses. Here's a breakdown of the incidents they've been handling:

ASSAULT

- Brooke Point High School: On February 12 at 11:19 a.m., Deputy A.L. Chaves responded to an assault incident at Brooke Point High School. Two students were reportedly involved in a fight, resulting in one assaulting school staff who intervened. A criminal complaint for assault and battery was filed.
- The assault comes after nearly 20 Brooke Point students were suspended, and two teachers were assaulted in separate assaults on Jan. 29, 2024. The county sheriff placed the school on lockdown on that date.
- Following the assaults, the school division **announced** the end of its "power hour" lunch periods, which allowed high schoolers to roam freely around campus.





Incident triggered by Management left me in the Emergency Room the next day. Chest pain + blood pressure. Doctor follow-ups 4 months, then school let me down with over 1255 student Program Governor.